A final case for argument today is 2-4-2248 Wells v. Collins. Good morning, Your Honor. Mr. Robinson, please proceed whenever you're ready. Thank you, Your Honor. Well, we come to you with a case today that falls into what I would describe as one of the more unusual categories I have ever seen. And just to put in perspective the nature of how unusual it is, this is the only time as counsel that I have ever gotten a phone call from a VA decision-maker distraught over the outcome of the case. The decision-maker told me that they were not happy with the outcome and they were hoping that somebody higher up in the system, perhaps this court, could ameliorate the harsh effects of the way in which this law has impacted Ms. Wells. Ms. Wells is an impoverished woman. She has serious physical disabilities. She devoted many years of her life to the care of the one man she loved, Gary Wells. There is no allegation of wrongdoing here. But the board applied the law, and the Court of Appeals for Veterans Claims applied the law, and we have to do the same. There's a one-year requirement here, which wasn't met, irrespective of the reasons. I don't think, Your Honor, if we're looking at the intent of Congress, Congress intended to lead us to this absurd result in this rule. This is clearly an anti-fraud measure. It is designed to prevent fraud. The problem in this case is everyone knows there is no fraud. So what is the purpose of applying a fraud statute to a non-fraudulent, innocent actor who has suffered as Ms. Wells has suffered in this case? It makes no logical sense. This court, like all courts, has inherent power in the worst of situations to look at the absurdity of the outcome and ameliorate it through some logical outcome. This is the most irrational decision I have ever seen. It cries out for some kind of justice. It makes no sense to punish a good-faith, innocent actor under a statute designed to protect against fraud. The government in this case leans on Loftin and talks about the bar and how it was applied in Loftin. Mrs. Loftin murdered her husband. That's why the court in Loftin applied the bar with such, I wouldn't say enthusiasm. That's not the right word, but that's pretty much what it was. They made it clear that there was no way that someone like Ms. Loftin could collect. She was convicted of manslaughter. She killed her own husband and got 10 years in prison and then applied for VA benefits. So how would you have us make a decision in favor of your client? Should we interpret married less than one year unless that was due, as long as that was not due to avoid commission of fraud? I think the problem here, Your Honor, is that we have an anti-fraud statute that was clearly intended to prevent fraud applied to someone who everyone in this case knows committed no fraud. The application of this statute to my client extends its reach to innocent people and causes them to suffer horrific consequences. Counsel, I think what Judge Loehr is trying to get at, I mean, this is a case in which we don't have the authority to review the application of law to fact. That's outside the scope of our jurisdiction. And so I think that you need to focus on your constitutional argument, because the argument you're making is you're trying to appeal to us to do something that we just don't have the jurisdiction to do. So the only way we'd have the jurisdiction is if you prove the whole statute's unconstitutional. And I think that's the argument you made in your brief. Do you understand where we're at? I fully grasp what you're saying, Your Honor. And, yes, you're absolutely right. There is a constitutional foundation for the argument that I'm making. And the fact of the matter is that Ms. Walsh is suffering greatly in this case because of the fact that she is not in the category of people. Okay. But her suffering, what is the constitutional argument? Maybe you could tell me, like, which part of the Constitution? Like, just try to focus on the Constitution. Okay. Well, we have case law on the subject. But the problem here is that in terms of the constitutional deprivation, why is she being singled out for a one-year provision? Why is one year so sacrosanct? Why is it could not be a shorter period if the marriage was a valid, honest marriage? Are you saying that that one-year provision is applied differently to people, that your client was treated differently from everybody else? I think, Your Honor, the problem here is that she was treated unfairly because she's not in the category of people the statute was intended to reach. It's an overbroad reading of the statute. And in addition, she's been deprived of a fundamental right, which is, this Court found, the right to veterans' benefits and the right to due process for veterans' benefits is protected by the Fifth Amendment. There is no reason to deprive her of those benefits. There is no logic to this reason. There isn't even a rational basis in this case. And the statute itself, with a one-year provision, provides a sweeping prohibition that has nothing really to do with whether a marriage is fraudulent or not. Because the truth of the matter is, you could be married for two years or two months or whatever it is, and it could be valid or invalid. It all depends on the circumstances. There was a time in the law before the statute was passed that the courts were able to look at these cases on a case-by-case basis and look at the facts without any interference from a stated statutory period. There's no reason to have this statutory period. It does nothing to ensure the — But you know we're not Congress, right? Like, we don't get to make law. But you do get to determine whether or not the Equal Protection Clause is violated between someone who's been married for one year or one month and the circumstances under which that occurred, including the gross poverty in which these folks lived. Okay. So if you're now citing the Equal Protection Clause, that's fine. Do you agree that we analyze for whether there was a rational basis for the restriction, that that's the standard of review we use for this constitutional issue? The problem is — the problem here is that when you're applying it, the Equal Protection Clause is violated because there's no rational basis for applying this law or having this law apply to someone in the category of Ms. Rawls. It makes no sense whatsoever. It is the most irrational decision I have ever seen. And it makes no sense to punish this for a moment. Why is the government so determined to carry out this action against Ms. Rawls? There is no logical reason that she should suffer any further under the circumstances here. This is a violation of her equal protection rights, and it doesn't rise to the level, in my opinion, of cruel and unusual punishment. I grant you it's not a criminal case, but you are literally condemning this woman to death. She is starving. She's down to 102 pounds. And if that's not cruel and unusual punishment against an individual who has done nothing wrong by her own admission, and even the decision-maker was upset and wanted somebody to save the day, if that's not cruel and unusual, I don't know what is. It makes no sense whatsoever. Do you want to save the rest of your time for rebuttal? I can do that. Thank you, Your Honor. Good morning, Your Honors. May it please the Court. I think I'll be brief. As Your Honors have pointed out, the statute here need only survive rational basis scrutiny because it is not a classification that divides based on any suspect class, whether race, sex, or national origin. And regardless of what that rational basis may be, it's clear that there are, there's at least one which is anti-fraud protections, and the statute clearly survives that. Nor does it invidiously discriminate against recipients of DIC benefits by imposing this one-year marriage requirement. And so the Veterans Court's decision should be affirmed for that reason. And presumably, poverty and illness are not a protected class? That's correct, Your Honor. They are not. They are not. And that's not in any way to undermine the difficult circumstances that Mrs. Rouse faced and continues to face, but the Court is constrained to both look at the plain language of the statute and to defer to Congress where rational basis is the standard must follow. And I assume that it is the government's position that we don't have jurisdiction to do anything more in terms of how the law is applied to the facts here. No, Your Honor. It's similar. The analysis tracks the rational basis review, and there's nothing more for this Court to do in this case. Okay. Thank you, Counsel. Thank you, Your Honor. Mr. Levinson. Your Honor, Mrs. Rouse is an individual whom this law was never intended to touch. There is no rational basis. Congress probably gave very little thought to what it was doing in the first place. They used to work on Capitol Hill. I know how they vote. They run before and ask their buddy to tell them how to vote because they don't even know what they're voting on most of the time. More importantly, Mrs. Rouse is being deprived of an important benefit protected by the Fifth Amendment. And it seems to me that the reason for deprivation provides no rational explanation for the outcome in this case. The statute itself really does not necessarily have a rational basis. While it's designed to prevent fraud, it does so in a way that creates an arbitrary period that has nothing to do with whether or not you have a valid marriage or not. Whether you're married for a week, a year, two years, has nothing to do with validity. And it has nothing to do with preventing fraud. It is an arbitrary determination. We have a rare case. We have an observed cruel outcome that infringes on the constitutional right of my client. And this court has the power to ameliorate that result by granting her these benefits, which she has done nothing, nothing not to deserve. And that is even the view of the decision-maker at the VA. This is a terrible situation, and the only remedy lies with this court recognizing the fundamental constitutional rights of my client and the horrific effect this has had on her life. I thank you very much for your time and attention. If there are no further questions. I thank both counsel. The case is taken under submission.